

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

February 13, 2025

**Via ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v Khizar Hayat (LGS)
22 Cr. 615

> Application Granted.  Pretrial Services is directed to return Defendant's passport.  The Clerk of the Court is directed to terminate the letter motion at docket number 162.
>
> Dated: February 18, 2025
> New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

I represent Khizar Hayat in the above captioned case, who was sentenced to a three-year term of Supervised Release on February 3, 2025.  His United States Passport is currently in the possession of Pretrial Services. Mr. Hayat respectfully requests that the Court order that the passport be returned to him. I have consulted with the government, and they do not consent to the release of Mr. Hayat's passport until he has completed his term of supervised release.

Mr. Hayat, who was on pretrial release since his arrest on September 21, 2022, had absolutely no violations in more than two years. Additionally, his presentence investigation report ["PSR"] indicates that Mr. Hayat was compliant with pretrial services and even provided them with his work documentation without being asked [PSR ¶9]. Mr. Hayat's entire family resides in New York, including his four children and wife who are all dependent on his income. There is nothing about Mr. Hayat that would indicate that he plans to flee the jurisdiction of this Court. As such, Mr. Hayat respectfully requests that his passport be returned.

Respectfully Submitted,

_____
Christine Delince, Esq.