

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  **c** 917.238.9332

<u>Via ECF</u>                                                          March 11, 2025
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Khizar Hayat</u>, 22 Cr. 615 (LGS)

Dear Judge Schofield,

      I represent Khizar Hayat in the above captioned case, who was sentenced to a three-year term of

Supervised Release on February 3, 2025.  Mr. Hayat writes to ask the Court for permission to travel to

Bahawalpur, Pakistan to visit his family from March 25, 2025, through April 12, 2025. In addition, from April 12,

2025, through April 19, 2025, Mr. Hayat would like to travel to Mecca, Saudi Arabia for a religious pilgrimage. I

therefore respectfully request that the Court allow Mr. Hayat to travel from New York to Bahawalpur, Pakistan

and Mecca, Saudi Arabia, and all points in-between, From March 25, 2025, through April 19, 2025.

      I have consulted with the government, and they defer to Mr. Hayat's probation officer. I have consulted

with Mr. Hayat's probation officer Michael Stec, and he has no objection to this request.

Whereas, Defendant Hayat recently began his three-year term
of supervision, this application for international travel is
DENIED. The Clerk of the Court is directed to terminate the
letter motion at docket number 169.

Respectfully Submitted,

*Christine Delince*
Christine Delince, Esq.

Dated: March 11, 2025
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**