The Law Offices of
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com c 917.238.9332

Via ECF

October 23, 2026

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Defendant Hayat's application to travel to Bahawalpur, Pakistan on November 15, 2026, and return on December 13, 2026, is GRANTED. Defendant shall provide his itinerary to his probation officer. The Clerk of the Court is directed to terminate the letter motion at docket number 239.
Dated: October 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Khizar Hayat, 22 Cr. 615 (LGS)

Dear Judge Schofield,

I represent Khizar Hayat in the above-captioned matter and write to request permission for Mr. Hayat to travel to Bahawalpur, Pakistan, from November 15, 2026, through December 13, 2026, to visit his brother, who is seriously ill with colon cancer. Given the seriousness of his brother's medical condition, Mr. Hayat respectfully seeks the opportunity to spend time with his brother and provide familial support during this period.

Mr. Hayat was sentenced to a three-year term of supervised release on February 3, 2025. He has remained compliant with the conditions of supervision and has incurred no violations.

I have consulted with the Government, and they defer judgment to Mr. Hayat's probation officer. I have also consulted with Mr. Hayat's probation officer, Jessenia Algarin, and she has no objection to the proposed travel.

In light of Mr. Hayat's compliance with the conditions of supervised release, the compelling family circumstances underlying this request, and the probation officer's lack of objection, Mr. Hayat respectfully requests that the Court grant permission for him to travel to Bahawalpur, Pakistan, from November 15, 2026, through December 13, 2026.

Respectfully Submitted,

Christine Delince, Esq.